IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BLANCHARD,

      Plaintiff,         CV F 06 1841 LJO WMW P

  vs.                    ORDER RE MOTION (DOC 13)

JAMES A. YATES,

      Defendant.

     Plaintiff has filed a motion for leave to file a second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion for leave to file a second amended complaint is granted.

     1. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint."

IT IS SO ORDERED.

**Dated:   January 16, 2008**              /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE