1

2

3

4

5

6

7

8

9

10

11

12

13

14

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Richard Blanchard, | ) | No. CV 1-06-1841-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| James A. Yates, | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff's Motion for Order (doc. # 17) which requests a copy of the docket sheet and a report on the status of this case, which has been awaiting screening under 28 USC 1915A since February 15, 2008.  This case was transferred to the undersigned judge on November 28, 2008, without screening having been accomplished for the amended complaint filed February 15, 2008.  It will be screened in the near future. Plaintiff gives no reason why he needs a copy of the docket sheet, and he has either filed himself or received from the court or from the opposing party copies of all previous court filings.

IT IS THEREFORE ORDERED that  Plaintiff's Motion for Order (doc. # 17) is granted to the extent that a report of the status of the case is given in this order.  The Motion is otherwise denied.

DATED this 22nd day of January, 2009**.**

_____

Neil V. Wake
United States District Judge