# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Blanchard, | No. CV 1-06-1841-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| James A. Yates, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's Motion for Leave to File Supplemental Pleading (doc. # 19) is denied as moot in light of the order permitting the filing of a third amended complaint (doc. # 20).

DATED this 31st day of July, 2009.

_____
Neil V. Wake
United States District Judge