IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | | |
|---|---|---|
| Richard Blanchard, | ) | No. CV06-1841-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| James A. Yates, | ) | |
| Defendant. | ) | |

Before the court is Plaintiff's Third Amended Complaint (doc. # 22) and Motion to amend the Third Amended Complaint. (Doc. # 23.) The Third Amended Complaint does not in any way cure the plain deficiencies in the previous complaints as detailed in the screening order of July 27, 2009. (Doc. # 20.) Neither does the Motion to amend the Third Amended Complaint (doc. # 23), which will therefore be denied as futile. Plaintiff has now had five opportunities to file a sufficient complaint, counting the Motion to Amend the Third Amended Complaint, and there is no reason to think he can file a sufficient complaint with further chances in this case now close to three years old. Therefore, the action will be dismissed with prejudice in accordance with the screening order of July 27, 2009. (Doc. # 20.)

1    IT IS THEREFORE ORDERED that the Motion to amend the Third Amended Complaint (Doc. # 23) is denied as futile.

IT IS FURTHER ORDERED that Plaintiff's Third Amended Complaint (doc. # 22) and this action are dismissed with prejudice for failure to state a claim upon which relief can be granted. The Clerk shall terminate this action.

DATED this 8th day of October, 2009.

_____
Neil V. Wake
United States District Judge